UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRIS BIGFORD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LAKEWOOD POLICE DEPARTMENT, DEPUTY A. MOODY,<br><br>　　　　　　Defendants. | CASE NO. C12-6045 BHS/KLS<br><br>ORDER GRANTING DEFENDANTS' MOTION TO STRIKE |

　　Before the Court is Defendants' Motion to Strike Certain Pleadings Filed by Plaintiff. ECF No. 11.  Having carefully considered the motion and balance of the record, the Court finds that the motion should be denied.

**BACKGROUND**

　　After Defendants filed an Answer to Plaintiff's Complaint, the Plaintiff filed two responses to Defendants' Answer.  On December 31, 2012, Plaintiff filed a Written Response to Defendants' Answer to Plaintiff's Complaint.  ECF No. 7.  On January 3, 2013, Plaintiff filed a Response to Defendant's Answer to Plaintiff's Complaint for Damages.  ECF No. 8.  Along with the latter pleading, Plaintiff filed his Affidavit in Support of Response to Defendants' Answer to Plaintiff's Complaint.  ECF No. 8-1.  Plaintiff did not seek leave to file these additional pleadings nor did the Court otherwise allow Plaintiff to file any response to Defendants' Answer.

## DISCUSSION

Pursuant to Rule 7 of the Federal Rules of Civil Procedure, any response or reply to an answer is not allowed under the federal rules absent a court order. The Court has not ordered a response or reply to Defendant's answer.

Accordingly, it is **ORDERED:**

(1) Defendants' Motion to Strike (ECF No. 11) is **GRANTED.**

(2) The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

**DATED** this   15th   day of March, 2013.

Karen L. Strombom
United States Magistrate Judge