UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRIS BIGFORD,

                Plaintiff,

v.

LAKEWOOD POLICE DEPARTMENT, DEPUTY A. MOODY,

                Defendants.

CASE NO. C12-6045 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

      This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 18), and Plaintiff's objections to the R&R (Dkt. 19).

      On March 29, 2013, Judge Strombom issued the R&R recommending that the Court dismiss Plaintiff's complaint without prejudice because the underlying criminal charges are still pending in state court. Dkt. 18. On April 16, 2013, Plaintiff objected to the R&R arguing that the underlying charges are unlawful and that adjudication of the charges is being intentionally delayed. Dkt. 19 at 1–2. Even if these allegations are true,

ORDER - 1

proceeding in this Court with a civil rights action requires a final adjudication of those charges. *See Younger v. Harris*, 401 U.S. 37 (1971).

Plaintiff also requests that the Court stay the case instead of dismissing his complaint without prejudice. Dkt. 19 at 3. Indefinite stays are disfavored, and the Court declines to stay this case for an indefinite term. Moreover, Plaintiff has failed to show any prejudice if the Court dismisses his claims without prejudice instead of staying the case.

Therefore, the Court having considered the R&R, Plaintiff's objections, and the remaining record, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) This action is **DISMISSED without prejudice**.

Dated this 9th day of May, 2013.

BENJAMIN H. SETTLE
United States District Judge